AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Jeff Buongiorno<br><br>*Plaintiff(s)*<br>v.<br>Alejandro Mayorkas, et al<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 9:24-cv-80920-AMC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Martin O'Malley
Social Security Administration
1100 West High Rise
6401 Security Blvd.
Baltimore, MD 21235

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeff Buongiorno
1901 South Congress Ave, #220
Boynton Beach, FL 33426

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Jul 30, 2024

s/ S.Carlson
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| Jeff Buongiorno<br><br>*Plaintiff(s)*<br>v.<br>Alejandro Mayorkas, et al<br><br>*Defendant(s)* | Civil Action No. 9:24-cv-80920-AMC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Alejandro Mayorkas
Secretary of Homeland Security
Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jeff Buongiorno
1901 S. Congress Ave #220
Boynton Beach, Fl 33426

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jul 30, 2024

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ S.Carlson
Deputy Clerk
U.S. District Courts