UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80920-CIV-CANNON

**JEFFREY BUONGIORNO**,

    Plaintiff,

v.

**SECRETARY OF THE
UNITED STATES DEPARTMENT
OF HOMELAND SECURITY,** *et al.*,

    Defendants.

_____/

**ORDER REQUIRING COMBINED RESPONSES**

    **THIS CAUSE** comes before the Court upon a sua sponte review of the record. To better manage the orderly progress of the case, it is hereby **ORDERED** that no Defendant shall file a response or answer until all Defendants in this action have been served. After all Defendants have been served, Defendants shall submit a single combined response or separate answers within the time allowed for the last-served Defendant to respond. **All filings in this case must be prepared using 12-point Times New Roman font that is double-spaced and fully justified.**

    **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 31st day of July 2024.

_____
**AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record