AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Jeff Buongiorno

*Plaintiff(s)*

v.

Alejandro Mayorkas. et al

*Defendant(s)*

Civil Action No. 9:24-cv-80920-AMC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Shevaun Harris

2415 North Monroe Street
Suite 400
Tallahassee, FL 32303-4190

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeff Buongiorno
1401 S. Congress Ave
#220
Boynton Beach, Fl 33426

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 1, 2024



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ S.Carlson

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Jeff Buongiorno | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) | Civil Action No. 9:24-cv-80920-AMC |
| Alejandro Mayorkas. et al | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Maria Marino
301 North Olive Ave
West Palm Beach, FL 33401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeff Buongiorno
1901 S. Congress Ave
#220
Boynton Beach Fl 33426

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 1, 2024

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ S.Carlson
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Jeff Buongiorno )
)
)
)
)
_Plaintiff(s)_ )
v. ) Civil Action No. 9:24-cv-80920-AMC
)
Alejandro Mayorkas. et al )
)
)
)
_Defendant(s)_ )

**SUMMONS IN A CIVIL ACTION**

To: _(Defendant's name and address)_  Greg Weiss
301 North Olive Ave
West Palm Beach, FL 33401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeff Buongiorno
1901 S. Congress Ave
#220
Boynton Beach, Fl 33426

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 1, 2024

**SUMMONS**

s/ S.Carlson
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Jeff Buongiorno | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 9:24-cv-80920-AMC |
| Alejandro Mayorkas. et al | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Laura Burke
301 North Olive Ave
West Palm Beach, FL 33401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeff Buongiorno
190 S. Congress Ave
#220
Boynton Beach, Fl 33426

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Aug 1, 2024

Angela E. Noble
Clerk of Court

SUMMONS

s/ S.Carlson
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Jeff Buongiorno <br><br> *Plaintiff(s)* <br> v. <br> Alejandro Mayorkas. et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 9:24-cv-80920-AMC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Stephanie Tew
301 North Olive Ave
West Palm Beach, FL 33401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeff Buongiorno
1901 S. Congress Ave
#220
Boynton Beach, Fl 37426

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date: Aug 1, 2024

s/ S.Carlson
Deputy Clerk
U.S. District Courts

**SUMMONS**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Jeff Buongiorno <br><br> *Plaintiff(s)* <br> v. <br> Alejandro Mayorkas. et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 9:24-cv-80920-AMC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  April Bristow
301 North Olive Ave
West Palm Beach, FL 33401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeff Buongiorno
1401 S. Congress Ave
#220
Boynton Beach, FL 33426

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 1, 2024



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ S.Carlson
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Jeff Buongiorno<br><br>*Plaintiff(s)*<br>v.<br>Alejandro Mayorkas. et al<br><br>*Defendant(s)* | Civil Action No. 9:24-cv-80920-AMC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Mi Familia Vota
5850 T.G. Lee Blvd
St. 330
Orlando, FL. 32822

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeff Buongiorno
1401 S Congress Ave
#220
Boynton Beach, Fl 37426

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 1, 2024

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ S.Carlson
Deputy Clerk
U.S. District Courts