# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

FILED BY ___ D.C.
SEP 03 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

Case Number: 9:24-CV-80920-AMC

Plaintiff:
**JEFF BUONGIORNO**

vs.

Defendant:
**ALEJANDRO MAYORKAS, ET AL**

For:
Jeff Buongiorno
Pro Se
1901 S. Congress Avenue
#220
Boynton Beach, FL 33426

Received by Capital Court Services on the 16th day of August, 2024 at 6:17 pm to be served on **Dave Kerner, In his Official Capacity as Executive Director, Florida Department of Highway Safety and Motor Vehicles, 2900 Apalachee Parkway, Tallahassee, FL 32399**.

I, J. Lee Vause, Jr., do hereby affirm that on the **23rd day of August, 2024** at **9:45 am, I:**

served a **GOVERNMENT AGENCY** pursuant to F.S. §48.111 by delivering a true copy of the **Summons and Amended Complaint** with the date and hour of service endorsed thereon by me, to: **Dan Biggins** as **Senior Attorney** for **Dave Kerner, In his Official Capacity as Executive Director, Florida Department of Highway Safety and Motor Vehicles**, and informed said person of the contents therein, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing document and the facts stated in it are true.

J. Lee Vause, Jr.
CPS #81 2nd Judicial Circuit

**Capital Court Services**
221 West Park Avenue
#1682
Tallahassee, FL 32302

Our Job Serial Number: ERN-2024003360

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a