UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JEFFREY BUONGIORNO,

    Plaintiff,

v.

ALEJANDRO MAYORKAS, et al

Case No.   9:24-cv-80920-AMC

# **Declaration of Plaintiff's Authenticating  Website Evidence for Plaintiff's Amended Motion for Temporary Restraining Order**

## Details of the Website Evidence

1) Plaintiff declares that the video evidence in the URL of footnote 1 is true and authentic.

https://rumble.com/v5bfrgt-palm-beach-county-commissioners-meeting-june-4th-dont-say-illegals.html



Palm Beach County Commissioners Meeting June 4th Don't Say Illegals

2. Plaintiff declares that the video evidence in the URL of Footnote 2 is True and Authentic;

Buongiorno Ejected from Open Palm Beach County Canvassing (rumble.com)



3. Plaintiff declares that the video evidence in the URL of Footnote 3 and 4 are True and Authentic.

Buongiorno Denied Access to 8/14 PBC Canvassing Board Meeting (rumble.com)



Buongiorno Denied Access to 8/14 PBC Canvassing Board Meeting

4. Plaintiff declares the Palm Beach Post Article on cited in Footnote is True and Authentic.

https://www.palmbeachpost.com/story/news/2024/08/22/vr-systems-florida-full-responsibility-for-elections-sites-crash/74907055007/

Respectfully submitted this 13th day of September 2024.

: Jeff Buongiorno
1901 South Congress Ave, #220
Boynton Beach, FL 33426
Jeff@etektraining.com