UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



JEFFREY BUONGIORNO,

    Plaintiff,

v.                                      Case No.   9:24-cv-80920-AMC

ALEJANDRO MAYORKAS, et al

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jeffrey Buongiorno hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against Alejandro Mayorkas and Martin O'Malley.

On September 3rd, 2024, the Second Amended Complaint (ECF 42) was filed. Neither Alejandro Mayorkas nor Martin O'Malley have yet filed a response.

Therefore, per Rule 41, Plaintiff can withdraw the Complaint without a court order and without prejudice. Per rule 41, either this notice or a stipulation is required, but not both. Therefore, this notice satisfies the requirements of Rule 41.

Respectfully submitted this 20th day of September, 2024.

Jeff Buongiorno
1901 South Congress Ave, #220
Boynton Beach, FL 33426
Jeff@etektraining.com

1