UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80920-CIV-CANNON

**JEFFREY BUONGIORNO**,

    Plaintiff,
v.

**SECRETARY OF THE
UNITED STATES DEPARTMENT
OF HOMELAND SECURITY,** *et al.*,

    Defendants.
_____/

**ORDER TERMINATING SECRETARY MAYORKAS AND SOCIAL SECURITY COMMISSIONER O'MALLEY AS DEFENDANTS IN THIS MATTER**

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal as to Certain Defendants, filed on September 20, 2024 [ECF No. 50]. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiff prior to any Defendant serving an answer or motion for summary judgment, dismisses the case as to Defendants Alejandro Mayorkas, Secretary of the U.S. Department of Homeland Security, and Martin O'Malley, Commissioner of the Social Security Administration. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Upon review, this case is **DISMISSED WITHOUT PREJUDICE** against Defendants Alejandro Mayorkas, Secretary of the U.S. Department of Homeland Security, and Martin O'Malley, Commissioner of the Social Security Administration, effective September 20, 2024, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 50].

The Clerk of Court shall **TERMINATE** Alejandro Mayorkas, Secretary of the U.S. Department of Homeland Security, and Martin O'Malley, Commissioner of the Social Security Administration, as Defendants in this matter.

CASE NO. 24-80920-CIV-CANNON

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 24th day of September 2024.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record