UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



JEFFREY BUONGIORNO,

    Plaintiff,

v.

Case No.   9:24-cv-80920-AMC

ALEJANDRO MAYORKAS, et al

# PLAINTIFF'S RESPONSE IN OPPOSITION
# TO MOTION FOR EXTENSION OF TIME TO RESPOND

## PLAINTIFF'S RESPONSE IN OPPOSITION TO MOTION FOR EXTENSION OF TIME TO RESPOND

1. Plaintiff Jeffrey Buongiorno, pro se, Responds in Opposition to Defendants' Motion for Extension of Time to respond.

2. Defendants claim that a hurricane is underway now forcing them to stop work on this litigation. That is false.

3. Defendants have a full week before they have to Respond. The weather satellite images show that it is very possible the storm will miss Florida. It is premature to be motioning for extensions.

4. A team of Attorneys represents defendants in a broad geographic region. The likelihood that the entire state will lose power is next to zero.

5. The election is only 40-days away. Ballots go out soon, which will be based on fraudulent non-citizens on the voter databases. The genie cannot be put back in the bottle once that occurs. There will be irreparable harm.

6. This is not a normal case where extension of time can be granted. Plaintiff opposes their motion.

7. This Court can easily grant such a motion on Friday of the storm ever hits.

Respectfully submitted this 25th day of September, 2024.

Jeff Buongiorno
1901 South Congress Ave, #220
Boynton Beach, FL 33426
Jeff@etektraining.com

1