UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JEFFREY BUONGIORNO

    Plaintiff,

v.

JAMES CORD BYRD, in his official capacity as Secretary of State of Florida; MARIA MATTHEWS, in her official capacity as the Director of Division of Elections (a division within the Florida Department of State); ASHLEY MOODY, in her official capacity as the Florida Attorney General and a member of the State Elections Canvassing Committee; DAVE KERNER, in his official capacity as the Chief Administrator of the Florida Department of Highway Safety and Motor Vehicles; GREG WEISS, in his official capacity as the Palm Beach County, Florida Commissioner for District 2; MARIA MARINO, in her official capacity as the Palm Beach County, Florida Commissioner for District 1; WENDY SARTORY LINK, in her official capacity as Palm Beach County Supervisor of Elections; RIC BRADSHAW, in his official capacity as the Palm Beach County Sheriff; MI FAMILIA VOTA, a nonprofit business entity, et. al.,

    Defendants.

CASE NO.: 9:24-cv-80920-AMC

_____/

Case No.: 17-CA-011397

## DECLARATION OF PAUL EDMEIER

STATE OF ARIZONA )
) SS
COUNTY OF MARICOPA )

**BEFORE ME**, personally appeared Paul Edmeier who after first being duly sworn upon his oath, states as follows:

1. My name is Paul Edmeier. I am the Chief Financial Officer of Defendant Mi Familia Vota, a 501(c)(4) incorporated in the state of Texas.

2. I have been the Chief Financial Officer of Defendant Mi Familia Vota for two years.

3. I make this declaration based on personal knowledge.

4. I have reviewed Plaintiff's Second Amended Complaint and Amended Motion for Temporary Restraining Order.

5. While Plaintiff alleges that Defendant has operations in Palm Beach County, ECF No. 42, ¶ 32, such an allegation is incorrect.

6. In fact, Defendant does not have an office in Florida, it does not have any employees in Florida, and it does not engage in any grassroot activities in Florida.

7. Furthermore, Defendant had no role in the activities alleged in Plaintiff's Amended Motion for a Temporary Restraining Order. Defendant was not involved in Plaintiff's (alleged) ejection from an August 9, 2024 Canvassing Board meeting, nor did it deny him from presenting any information regarding an (alleged) cyber vulnerability on August 14, 2024. *See* ECF No. 48.

FURTHER AFFIANT SAYETH NAUGHT

Dated: October 1, 2024

_____
Paul Edmeier

CARLOS VERDUGO
NOTARY PUBLIC - ARIZONA
Maricopa County
Commission # 658774
My Commission Expires
November 19, 2027

Page 2
«FIRM_NAME_LINE_1»
1645 PALM BEACH LAKES BOULEVARD - 2ND FLOOR - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX