UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 24-80920-CIV-CANNON

**JEFFREY BUONGIORNO**,

    Plaintiff,
v.

**SECRETARY OF THE
UNITED STATES DEPARTMENT
OF HOMELAND SECURITY,** *et al.*,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. On October 4, 2024, the Court ordered Plaintiff, on or before October 10, 2024, to file an expedited response to Defendants' Motion to Dismiss [ECF Nos. 67, 71]. Plaintiff has not done so. Accordingly, it is hereby **ORDERED AND ADJUDGED** that, on or before **October 21**, **2024**, Plaintiff shall file a response to Defendants' Motion to Dismiss [ECF No. 67] as previously ordered [ECF No. 71]. Failure to comply with this Order may result in sanctions, including consideration of Defendants' Motion without the benefit of a response.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 15th day of October 2024.

_____
**AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE**

cc: counsel of record

    Jeffrey Buongiorno, *pro se* (via email)