UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FORT PIERCE DIVISION



**JEFFREY BUONGIORNO,**
Plaintiff,

v.                                                                Case No.: 9:24-cv-80920-AMC

**ALEJANDRO MAYORKAS, et al.,**
Defendants.

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

**COMES NOW**, Plaintiff, **Jeffrey Buongiorno**, Pro Se, and respectfully moves this Honorable Court for an extension of time to respond to Defendants' Motion to Dismiss the Second Amended Complaint ECF No.67, under Fed. R. Civ. Rule 7 (b) and in support thereof states as follows:

1. Defendants filed their Motion to Dismiss on **October 3, 2024**.

2. Plaintiff's response is currently due on **October 10, 2024**.

3. Plaintiff, acting pro se, has recently suffered from a health issue that has affected his ability to complete his response to Defendants' Motion to Dismiss by the current deadline.

4. As a result of the medical issue, Plaintiff requests an additional **8 days** to file his response, extending the deadline to **October 18, 2024**.

5. This extension will not prejudice the Defendants, nor will it unduly delay the proceedings.

6. Plaintiff has made this request in good faith and not for the purpose of delay.

7. Plaintiff attempted to File this motion on August 9th, 2024. The US Courthouse in West Palm Beach was closed at 3:18 pm when Plaintiff arrived.

8. The Honorable Court was closed due to extreme weather causing this motion to be filed late.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Honorable Court grant an extension of time up to and including **October 18, 2024**, to file Plaintiff's response to Defendants' Motion to Dismiss.

Dated this 15th day of October 2024.
Respectfully submitted,

*Jeffrey Buongiorno*
Jeff@etektraining.com