## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

**JEFF BUONGIORNO,**

**CASE NO.: 9:24-cv-80920-AMC**

Plaintiff,

v.

**ALEJANDRO MAYORKAS, et al,**

Defendants.

> FILED BY _____ D.C.
>
> OCT 29 2024
>
> ANGELA E. NOBLE
> CLERK U.S. DIST. CT.
> S.D. OF FLA. – W.P.B.

**<u>EMERGENCY SUBPOENA</u>**

**<u>TO PRODUCE DOCUMENTS OR ELECTRONICALLY STORED INFORMATION</u>**

TO:

**WENDY SARTORY LINK**

**PALM BEACH COUNTY SUPERVISOR OF ELECTIONS**

**4301 CHERRY ROAD**

**WEST PALM BEACH, FL 33416**

YOU ARE HEREBY COMMANDED, pursuant to Rule 45 of the Federal Rules of Civil

Procedure, to produce the following documents or electronically stored information in your

possession, custody, or control **on an expedited and emergency basis**:

**<u>Documents and Information Requested:</u>**

1. **All records of originating IP addresses** associated with **Vote-by-Mail (VBM) ballot
   requests** in **PALM BEACH COUNTY** for the **2024 Primary Election** and **2024
   General Election.**

**Expedited Date and Location for Production:**

The requested documents and electronically stored information must be produced **no later than November 1st, 2024,** and delivered to:

**Jeff Buongiorno**
1901 South Congress Ave

Boynton Beach, Fl 33426
561-690-0430
jeff@etektraining.com

Failure to comply with this subpoena may result in legal penalties under Rule 45(g) of the Federal Rules of Civil Procedure.

**CERTIFICATION**

I, **Jeffrey Buongiorno**, certify that this request is being made in good faith and is reasonably necessary for the purpose of investigating the election processes for the **2024 Primary and General Elections** in the state of Florida, particularly in **Palm Beach**. Given the time-sensitive nature of this investigation, expedited production of the requested documents is essential.

**Dated this Third Day of October**

**Respectfully submitted,**

**Signed**_____

**Jeff Buongiorno**

**Jeff@etektraining.com**

This request includes, but is not limited to:

1. The originating IP addresses associated with each vote-by-mail ballot request in the specified counties.

2. The date and time of the requests.

3. Any metadata related to the requests that may identify the method by which the request was made (e.g., online submission).

2. **Any and all records or documentation reflecting the digital origin or source** of the requests for vote-by-mail ballots submitted electronically from **PALM BEACH COUNTY** including logs of submission dates and associated IP addresses for the **2024 Primary Election** and **2024 General Election.**

**Facts supporting the Motion:**

3. **Plaintiff asserts that Defendant Link, through her own admission does not verify UNITED STATES citizenship of newly registered voters in violation of Florida Statutes.** [1]

4. **WHEREAS, VR SYSTEMS has known vulnerabilities, including to the well-known breach of their systems in 2016 by Russian Hackers (Exhibit A, Video Footage).**

---

[1] FS 97.041 & Sunshine law 1S 2.039 (5) Verification of personal identifying number. Any valid application for new registration that is complete and submitted other than electronically through DHSMV shall be routed to DHSMV or SSA, whichever is applicable, for verification of the authenticity or nonexistence of the PIN provided on the application. However, no application shall be routed to DHSMV for verification unless the Supervisor first determines that the applicant is otherwise eligible in accordance with Section 97.041, F.S.

5. **WHEREAS, VR Systems experienced yet another outage on the first day of early voting in Florida. The outage came only 4 days after Plaintiff notified Defendants BYRD and LINK of newly detected Ransomware related to the VR Systems infrastructure, [2] via electronic mail (Exhibit B)**

---

[2] https://www.tampabay.com/news/florida-politics/elections/2024/10/21/many-florida-election-office-websites-crashed-first-day-early-voting/

Exhibit A: Video created by Plaintiff posted on Plaintiff's Rumble Channel. Includes Leon County Former Supervisor of Elections statement confirming VR Systems was penetrated by foreign actors during the 2016 Election. The video also includes screenshots of email sent on October 17th, 2024 informing Defendants BYRD and LINK of newly found malicious threat vector. Approximately 5 minutes.

https://rumble.com/v5jiffd-leon-county-supervisor-of-elections-exposes-floridas-election-issues.html



Exhibit B: Email to Link and Byrd. 4 pages

MiniDumpWriteDump via COM+ Services DLL | modexp (wordpress.com)

This type of attack has the footprint and markings of Iranian APT Teams AKA REALLY BAD GUYS.
Profiling DEV-0270: PHOSPHORUS' ransomware operations | Microsoft Security Blog



Profiling DEV-0270: PHOSPHORUS' ransomware operations
| Microsoft Security Blog

Microsoft threat intelligence teams have been tracking multiple ransomware
campaigns tied to DEV-0270, also known as Nemesis Kitten, a sub-group of Iranian
actor PHOSPHORUS.

www.microsoft.com

Additionally, virus protection software often will not detect these types of attacks as they are embedded in DLL files that are signed off as safe by the Microsoft Corporation.
I know this as I spent four years on the Microsoft Partner Research Panel and through cyber-security and forensics experience.

As an additional point of reference, please see the scan and results found on the Open Threat Exchange (OTX). Our friends at CISA are familiar with this tool.

← → C 🔒 otx.alienvault.com/indicator/domain/vrsystems.com ⚙ O~

::: Apps ⏵ PNS - PERSONAL B... 📄 Microsoft Commerc... ⊛ Marketplace – Than... ⊕ 🖹 Important informati... 🖹 CRM 🖹 Office Portal 🔲 NAV Client

LevelBlue/Labs    Browse    Scan Endpoints    Create Pulse    Submit Sample    API Integration    AT+ vrsystems.com

DOMAIN
vrsystems.com 🔗    Add to Pulse +

| Pulses | Passive DNS | URLs | Files |
|---|---|---|---|
| 2 | 109 | 0 | 0 |

## Analysis Overview

| | | | |
|---|---|---|---|
| IP Address | : | 54.208.31.62 | Indicator Facts | 1 malicious files hosted · Historical OTX tele |
| Location | : | 🇺🇸 United States | | 19 subdomains · SPF record |
| ASN | : | AS14618 amazon.com inc. | Certificate Issuer | C-US, O-Amazon, CN-Amazon RSA 2048 M0 |
| Nameservers | : | ns51.domaincontrol.com.  ns52.domaincontrol.com. | Certificate Subject | CN-clayelections.gov |
| WHOIS | : | Registrar:GoDaddy.com, LLC. Creation Date: Dec 30, 1999 | External Resources | Whois, UrlVoid, VirusTotal |
| Related Pulses | : | OTX User-Created Pulses (2) | | |
| Related Tags | : | hjiki | | |

I will not offer any guidance on the subject, although we all what the prudent course of action is. We can let the folks at CISA tell you that there is nothing to see here at the
bequest of their impeached leader, Alejandro Mayorkas, who is also a defendant in complaint filed by the State of Florida just one day ago.
https://www.msn.com/en-us/news/us/biden-admin-slapped-with-major-lawsuit-over-alleged-refusal-to-help-state-purge-noncitizens-from-voter-rolls/ar-AA1srsfl



Biden admin slapped with major lawsuit over alleged
refusal to help state purge noncitizens from voter rolls

Florida is suing the Biden administration over what it alleges is a refusal by
the Department of Homeland Security to aid in its efforts to remove
noncitizens from the voter rolls.

www.msn.com

Important to note: Ransomware is not always intended to collect a Ransom. Ransom can go undetected for long durations and are used to compromise a system for purposes
such as escalating user privileges, as an example.

Finally, a relevant article regarding ransomware:
https://www.wxyz.com/news/wayne-county-services-in-disarray-as-officials-continue-to-work-through-cyberattack\

**0 / 94**

Community Score

ⓘ 2 detected files communicating with this domain

⟳ Reanalyze    ⇄ Similar ⌄

vrsystems.com

top-1M

| | Registrar | Creation Date | Last Analysis Date |
|---|---|---|---|
| | GoDaddy.com, LLC | 25 years ago | 56 minutes ago |

DETECTION    DETAILS    **RELATIONS**    COMMUNITY  2

**Join our Community** and enjoy additional community insights and crowdsourced detections, plus an API key to **automate checks.**

**Passive DNS Replication  (3)** ⓘ

| Date resolved | Detections | Resolver | IP |
|---|---|---|---|
| 2019-11-23 | / 94 | VirusTotal | 54.208.31.62 |
| 2016-09-18 | 0 / 94 | VirusTotal | 52.203.187.186 |
| 2015-12-03 | 0 / 94 | VirusTotal | 67.134.219.22 |

The DLL (Dynamic Link Library)  impacted by the .EXE  shown here: We will focus on comsvcs.dll only.

🔍  a5f6b1962c26289bfb4905776308e023f820f03e8722c1b666a27faeef688348

| Last Submission | 2021-11-24 09:53:55 UTC |
|---|---|
| Last Analysis | 2021-11-29 13:36:59 UTC |

**Names** ○

bbhdrrxp.exe

ckdtyvmx.exe

**Portable Executable Info** ⓘ

**Header**

| Target Machine | Intel 386 or later processors and compatible processors |
|---|---|
| Compilation Timestamp | 2014-11-22 08:45:54 UTC |
| Entry Point | 4204 |
| Contained Sections | 3 |

**Sections**

| Name | Virtual Address | Virtual Size | Raw Size | Entropy | MD5 | Chi2 |
|---|---|---|---|---|---|---|
| .text | 4096 | 76128 | 76288 | 7.98 | 5653a38fcb194b0530b95ff65a55344e | 2469.02 |
| .udata | 81920 | 713 | 1024 | 1.37 | 87e282f394985c71bd87f73353a7b331 | 190982 |
| .rsrc | 86016 | 2192 | 12520960 | 6.77 | cd55a66fd49414fead6596f985c88a83 | 143625312 |

**Imports**

+  kernel32.dll

+  comsvcs.dll

**Contained Resources By Type**

| RT_DIALOG | 2 |
|---|---|

**Contained Resources By Language**

| ENGLISH US | 2 |
|---|---|

**Contained Resources**

| SHA-256 | File Type | Type | Language | Entropy |
|---|---|---|---|---|
| 56be22797fd8c7ca57d72a1b20b9553693e4de163b3e6e1c93abe4a40c5784a3 | Data | RT_DIALOG | ENGLISH US | 7.61 |

Below is a link showing how comsvc.exe can be manipulated to Elevate User privileges or access level in the system by impacting LSASS.EXE (local security authority services).



Exhibit B   PAGe 1

**Outlook**

---

VRSYSTSTEMS seemingly infected Iranian APT TEAM DEV-0270

---

**From** Jeff Buongiorno <Jeff@etektraining.com>

**Date** Thu 10/17/2024 10:29 PM

**To** wendy@votepalmbeach.gov <wendy@votepalmbeach.gov>; Cord Byrd <cord.byrd@dos.myflorida.com>

**Cc** tbuffington1 <tbuffington1@protonmail.com>; kjmeckert@protonmail.com <kjmeckert@protonmail.com>; Kevin Neal <neal.kj@gmail.com>; Carl Cascio <casciolaw@comcast.net>; jenine@jeninemilum.com <jenine@jeninemilum.com>; Kelly Collins <kelly@kellyecollins.com>; Raj Doraisamy <raj@defendourunion.org>; Christopher Gleason <cpgleason72@gmail.com>; Bob Guzzardi <bob.guzzardi@gmail.com>; Joseph Korff <josephkorff@icloud.com>; Erin Aktas <erinrdhsmile@gmail.com>; Bernie Jessen <hsryard@aol.com>; 'Ralph98' <gibbstown98@yahoo.com>; Jeff Crouere <jcrouere@gmail.com>; 'Ann Vandersteel' <ann@annvandersteel.com>; contact@Donna4Mi.com <contact@donna4mi.com>; Anthony Man <aman@sunsentinel.com>; dclyons@gannett.com <dclyons@gannett.com>; Steve Bousquet <sbousquet@sunsentinel.com>; adam.shaw2@fox.com <adam.shaw2@fox.com>

**Bcc** ████████████████████████████████████████████████████████████████

---

Dear Ms. Link & Secretary Byrd,

In your last email, you offered confirmation that VirusTotal.com is a trusted tool used for rooting out cyber threats. You went as far as introducing their Knowledge Base Articles as a trusted source. Finally, something we can both agree on!

Virustotal.com is trusted by CISA as per your last email.

A virustotal.com scan of the domain "VRSYSTEMS.COM" suggests that the domain contains Ransomware. An executable was found on October 14th, 2024 as you can see in the first image below, csnztfjb.exe. There are two, I will only focus the one highlighted below. Perhaps our "friends" CISA can expand on the second threat.





IMAGE 2- Confirmation that there are two files communicating with this domain.

# officials continue to work through cyberattack





**YOUR VOICE MATTERS**

Share your story w us!

Weeks before the presidential election, Wayne County government has fallen victim to a cyberattack.

 By: Salah Michals, Kent Saunders

Posted 6:11 PM, Oct 03, 2024

DETROIT (WXYZ) — Weeks before the presidential election, Wayne County government has fallen victim to a cyberattack.

"I'm very concerned, membership is concerned as well," said Wayne County Criminal Defense Bar Association President Lillian Diallo.



Print

Jeff Buongiorno
E-Tek Software & Services
E-Tek Software & Services
Publisher of ConfigureNow! CPQ as seen on Microsoft App Source
Jeff@etektraining.com