IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 24-80920-CIV-CANNON

JEFFREY BUONGIORNO,
Plaintiff,

v.

ALEJANDRO MAYORKAS, in his official capacity as Secretary of the United States Department of Homeland Security, et al.,
Defendants.

---

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS RIC BRADSHAW, SHEVAUN HARRIS, LAURA BURKE, MI FAMILIA VOTA, STEPHANIE TEW, AND APRIL BRISTOW

Pursuant to **Rule 41(a)(1)(A)(i)** of the Federal Rules of Civil Procedure, Plaintiff **Jeffrey Buongiorno** hereby voluntarily dismisses all claims against the following Defendants, **without prejudice**:

- **Ric Bradshaw**, in his official capacity as the Palm Beach County Sheriff;
- **Shevaun Harris**, in her official capacity as Secretary for the Florida Department of Children and Families;
- **Laura Burke**, in her official capacity as a member of the Palm Beach County Election Canvassing Board;
- **Mi Familia Vota**, a non-profit business entity;
- **Stephanie Tew**, in her official capacity as an alternate member of the Palm Beach County Election Canvassing Board; and
- **April Bristow**, in her official capacity as a member of the Palm Beach County Election Canvassing Board.

1

In support of this Notice, Plaintiff states as follows:

1. None of the above-named Defendants has filed an answer to the complaint or a motion for summary judgment in this matter.

2. This dismissal is made without prejudice, meaning Plaintiff reserves the right to refile claims against these Defendants, if necessary, in accordance with applicable laws and procedural rules.

Respectfully submitted,
this 18th day of November 2024

Signature:

*[signature]*

Jeff Buongiorno
Pro Se Plaintiff
1901 South Congress Ave.
Boynton Beach, FL 33429
Jeff@etektraining.com

**Certificate of Service:**

I hereby certify that a true and correct copy of the foregoing Notice of Voluntary Dismissal Without Prejudice of Defendants Ric Bradshaw, Shevaun Harris, Laura Burke, Mi Familia Vota, Stephanie Tew, and April Bristow has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification to all parties of record, on this [Insert Date].